UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER GARCIA,

        Plaintiff   :   No. 3:15-CV-0171

vs.   :   (Judge Nealon)

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

        Defendant

FILED
SCRANTON
APR 2 6 2016
Per_____
DEPUTY CLERK

## MEMORANDUM AND ORDER

**NOW, THIS 26TH DAY OF APRIL, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiff's appeal, (Doc. 1), is **GRANTED**;

2. The decision of the Commissioner of the Social Security Administration denying Heather Garcia disability insurance benefits and supplemental security income is **VACATED**;

3. This matter is **REMANDED** to the Commissioner of the Social Security Administration; and

4. The Clerk of Court is directed to **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**